1
IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civ. No. 5:18-00424-D

| | |
|---|---|
| BOBBY S. WILSON, | ) |
| Plaintiff, | ) ) ) |
| | ) **ORDER** |
| v. | ) ) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) |

In light of the Parties' joint motion for voluntary dismissal of the instant case with prejudice, based on Defendant's having taken administrative action that Counsel for both Parties have indicated is adequate to satisfy the claims made in Plaintiff's Complaint, it is hereby ORDERED that the instant case be dismissed with prejudice.

SO ORDERED. This __21__ day of November 2018,

JAMES C. DEVER III
United States District Judge